AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Millett, Patricia A. | U.S. Court of Appeals for the D.C. Circuit | 05/28/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge- Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

333 Constitution Avenue, N.W.
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | The ▮▮▮▮ Living Trust dated February 25, 1998 as amended. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Florida Sugar Cane League, Inc. - spouse's salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford Law School | 02/07/2014 - 02/09/2014 | Stanford, CA | 2014 Supreme Court at Midterm Conference | Transportation, food, hotel |
| 2. | University of Michigan Law School | 04/02/2014 | Ann Harbor, MI | Campbell Moot Court | Transportation, food |
| 3. | American Law Institute | 04/03/2014 - 04/04/2014 | Philadelphia, PA | ALI Rest. Third, The Law of American Indians | Transportation, food, hotel |
| 4. | Legal Writing Institute | 07/01/2014 - 07/02/2014 | Philadelphia, PA | 2014 Legal Writing Institute Conference | Transportation, food, hotel |
| 5. | William & Mary Law School | 09/19/2014 - 09/20/2014 | Williamsburg, VA | Supreme Court Preview | Transportation, food, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Harvard Law School | 11/18/2014 - 11/19/2014 | Cambridge, MA | AMES Moot Court | Transportation, food, hotel |
| 7. | Yale Law School | 12/03/2014 - 12/04/2014 | New Haven, CT | Supreme Court Advocacy Clinic | Transportation, food, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Millett, Patricia A.** | 05/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Akin Gump Strauss Hauer & Feld LLP | Investiture reception | $17,393.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▆▆▆▆▆ | tuition for child | None |
| 2. | ▆▆▆▆▆ | tuition for child | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Akin Gump Strauss Hauer & Feld LLP- Partner's Retirement Plan | | None | | | Sold | 03/07/14 | L | | |
| 2. Akin Gump Strauss Hauer & Feld LLP- 401(K) Profit Sharing Plan | | None | | | Sold | 01/09/14 | N | | |
| 3. Pacific: Universal Variable Life (Y) | | | | | | | | | |
| 4. U.S. Treasury Bonds | A | Interest | J | T | | | | | |
| 5. Akin Gump Strauss Hauer & Feld LLP- Capital Account (Y) | | | | | | | | | |
| 6. National: Whole Life Policy | A | Interest | | | Sold | 09/10/14 | K | D | |
| 7. Wells Fargo Bank- Various Accounts | A | Interest | N | T | | | | | |
| 8. Florida Sugar Cane League, Inc. 401(K) Plan (H) | D | Int./Div. | M | T | | | | | |
| 9. -First Eagle SoGen Overseas A Fund | | | | | | | | | |
| 10. -FMI Large Cap Fund | | | | | | | | | |
| 11. -Janus Growth and Income Fund | | | | | | | | | |
| 12. -Keeley Small Cap Value Fund | | | | | | | | | |
| 13. -Mainstay ICAP Select Equity Fund | | | | | | | | | |
| 14. -Principal Inv. FD High Yield Fund | | | | | | | | | |
| 15. -Schroder Cap Smller Cos Inv Fund | | | | | | | | | |
| 16. -Columbia Acorn Select Fund | | | | | | | | | |
| 17. -Schwab 1000 Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Janus Perkins Mid Cap Value-T (X) | | | | | | | | | |
| 19. -TCW Total Return Mortgage Backed Fund | | | | | | | | | |
| 20. -Wells Fargo Stable Value Fund | | | | | | | | | |
| 21. Principal Financial Group IRA Rollover Variable Annuity (H) | | | | | | | | | |
| 22. -Strategic Asset Mgmt. Conservative Balanced Fund | | | | | Sold | 03/28/14 | M | | |
| 23. -Strategic Asset Mgmt. Conservative Growth Fund | | | | | Sold | 03/28/14 | M | | |
| 24. American Funds Growth Fund of America 529 Plan (H) | | | | | | | | | |
| 25. -Growth Fund of America 529A | D | Dividend | L | T | Buy (add'l) | 02/12/14 | J | | |
| 26. -Growth Fund of America 529B | B | Dividend | J | T | | | | | |
| 27. American Funds Income Fund of America 529 Plan (H) | | | | | | | | | |
| 28. -Income Fund of America 529A | B | Dividend | L | T | Buy (add'l) | 02/12/14 | J | | |
| 29. -Income Fund of America 529B | A | Dividend | J | T | | | | | |
| 30. Brokerage Account #1 (H) | | | | | | | | | |
| 31. -Exxon Mobile Corp. - Common (X) | C | Dividend | M | T | | | | | |
| 32. -Lockheed Martin Corp. - Common (X) | D | Dividend | N | T | | | | | |
| 33. Brokerage Account #2 (H) | | | | | | | | | |
| 34. -Raymond James Bank | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -First Eagle Global Fund | C | Dividend | L | T | Buy | 06/18/14 | K | | |
| 36. | | | | | Buy (add'l) | 08/01/14 | K | | |
| 37. | | | | | Buy (add'l) | 09/24/14 | K | | |
| 38. | | | | | Buy (add'l) | 10/30/14 | K | | |
| 39. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 40. -Franklin Income Fund | B | Dividend | L | T | Buy | 06/18/14 | K | | |
| 41. | | | | | Buy (add'l) | 08/01/14 | K | | |
| 42. | | | | | Buy (add'l) | 09/24/14 | K | | |
| 43. | | | | | Buy (add'l) | 10/30/14 | K | | |
| 44. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 45. -Lord Abbett Short Duration Income Fund | C | Dividend | M | T | Buy | 06/18/14 | N | | |
| 46. | | | | | Sold (part) | 08/01/14 | L | | |
| 47. | | | | | Sold (part) | 09/24/14 | L | | |
| 48. | | | | | Sold (part) | 10/30/14 | L | | |
| 49. | | | | | Sold (part) | 11/28/14 | L | | |
| 50. -T. Rowe Price Capital Appreciation Fund | D | Dividend | M | T | Buy | 06/16/14 | K | | |
| 51. | | | | | Buy (add'l) | 07/30/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/22/14 | K | | |
| 53. | | | | | Buy (add'l) | 10/28/14 | K | | |
| 54. | | | | | Buy (add'l) | 11/25/14 | K | | |
| 55. Brokerage Account #3 UTMA (H) | | | | | | | | | |
| 56. -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 57. Brokerage Account #4 UTMA (H) | | | | | | | | | |
| 58. -T. Rowe Price Capital Appreciation Fund | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 59. Trust # 1 (H) | | None | L | R | | | | | |
| 60. -Real Estate, Chesterfield, Missouri (2000 $198,000) | | | | | | | | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Millett, Patricia A. | 05/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Line 1- The Akin Gump Strauss Hauer & Feld LLP Partners Retirement Plan was transferred into the Thrift Savings Plan and is no longer reportable.

2) Part VII, Line 2- The Akin Gump Strauss Hauer & Feld LLP 401(k) Profit Sharing Plan was transferred into the Thrift Savings Plan and is no longer reportable.

3) Part VII, Line 3- The Akin Gump Strauss Hauer & Feld LLP Pacific Universal Variable Life Insurance Policy terminated on 12/31/2013, no cash value, and is no longer reportable.

4) Part VII, Line 5- The Akin Gump Strauss Hauer & Feld LLP Capital Account represents the filer's return of capital of partnership interest in Akin Gump Strauss Hauer & Feld LLP. The return of capital was paid on 12/27/2013 and is no longer reportable.

5) Part VII, Line 8- The Florida Sugar Cane League, Inc. 401(k) Plan is controlled and maintained by The Florida Sugar Cane League, Inc., and is not self-directed. The Spouse can only chose a general category of risk (low, medium or high).

6) Part VII, Line 18- The Janus Perkins Mid Cap Value-T Fund was inadvertently omitted from the listing of assets in the Florida Sugar Cane League, Inc. 401(k) Plan for 2013.

7) Part VII, Line 21- The Principal Financial Group IRA Rollover Annuity was transferred into the Thrift Savings Plan, and is no longer reportable.

8) Part VII, Line 22- The Strategic Asset Mgmt. Conservative Balanced Fund is an underlying asset of Line 21, The Principal Financial Group IRA Rollover Annuity, and was transferred into the Thrift Savings Plan and is no longer reportable.

9) Part VII, Line 23- The Strategic Asset Mgmt. Conservative Growth Fund is an underlying asset of Line 21, The Principal Financial Group IRA Rollover Annuity, and was transferred into the Thrift Savings Plan and is no longer reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia A. Millett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544